UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES SANMATEO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRIEDMAN & MACFADYEN, P.A., )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 3:11-cv-840 |

## CONSENT MOTION TO STAY

Pursuant to Federal Rules of Civil Procedure 16(c)(2), the Defendants move, with the consent of the Plaintiff, that discovery and merits litigation in the above action be stayed to permit the Parties the opportunity to engage fully in mediation through a private mediator (under the Court's supervision). Because the Defendants' current extension to file responsive pleadings expires on January 26, 2012, the Parties respectfully request the Court's consideration of this consent motion before then.

Respectfully Submitted,

FRIEDMAN & MACFADYEN, P.A.,
F&M SERVICES, L.C., JOHNIE R. MUNCY

By Counsel

       /s/ Andrew Biondi
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of January, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Dale W. Pittman, Esq.
>The Law Office of Dale W. Pittman, P.C.
>112-A W. Tabb Street
>Petersburg, Virginia 23803
>Telephone: 804-861-6000
>Facsimile: 804-861-3368
>dale@pittmanlawoffice.com
>*Counsel for Plaintiff*
>
>Kristi Cahoon Kelly, Esq.
>Surovell Isaacs Peterson & Levy PLC
>4010 University Drive
>Suite 200
>Fairfax, Virginia 22030
>Telephone: 703-277-9774
>Facsimile: 703-591-2149
>kkelly@smillaw.com
>*Counsel for Plaintiff*
>
>Matthew James Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road
>Suite 600
>Alexandria, Virginia 22314
>Telephone: 703-273-6080
>Facsimile: 888-892-3512
>matt@clalegal.com
>*Counsel for Plaintiff*
>
>Leonard A. Bennett, Esq.
>Consumer Litigation Associates
>763 J. Clyde Morris Boulevard
>Suite 1 A
>Newport News, Virginia 23601
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>lenbennett@cox.net
>*Counsel for Plaintiff*

        /s/ Andrew Biondi
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*